[This opinion has been published in *Ohio Official Reports* at 84 Ohio St.3d 214.]

THE STATE OF OHIO, APPELLANT, *v.* GRAY, APPELLEE.

[Cite as *State v. Gray*, 1998-Ohio-321.]

*Certification of conflict accepted—Criminal procedure—Classification as sexual predator—Court of appeals' judgment reversed and trial court's finding that defendant is a sexual predator reinstated on authority of State v. Cook.*

(No. 98-2159—Submitted November 10, 1998—Decided December 30, 1998.)

CERTIFIED by the Court of Appeals for Ottawa County, No. 97-OT-057.

———————————

*Mark E. Mulligan*, Ottawa County Prosecuting Attorney, and *Paul Skaff*, Assistant Prosecuting Attorney, for appellant.

———————————

{¶ 1} The certification of conflict by the Court of Appeals for Ottawa County is accepted.

{¶ 2} The judgment of the court of appeals is reversed on the authority of *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

{¶ 3} The trial court's finding that Daniel Gray is a sexual predator is reinstated.

MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

RESNICK, J., not participating.

———————————